CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 28 2017

JULIA C. DUDLEY, CLERK
BY: /s/
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANTHONY S. FERGUSON,<br>    Plaintiff, | Civil Action No. 7:17-cv-00460 |
| v. | ORDER |
| NEW RIVER VALLEY REGIONAL JAIL,<br>    Defendant. | By:  Hon. Jackson L. Kiser<br>        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1); the case is **STRICKEN** from the active docket; and Plaintiff is **GRANTED** leave to file a motion to amend the complaint within ten days.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 28th day of November, 2017.

/s/ Jackson L. Kiser
Senior United States District Judge